**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID OWEN,

       Plaintiff,

v.                                                    No. 2:24-cv-0215 MLG/DLM

AUDUBON FIELD SOLUTIONS, LLC,

       Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED
<u>FINDINGS AND RECOMMENDED DISPOSITION</u>**

This matter is before the Court on the Defendant Audubon Field Solutions, LLC's Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. 87) and United States Magistrate Judge Damian L. Martínez's Proposed Findings and Recommend Disposition (PFRD) (Doc. 96). Judge Martínez recommends that the Court deny the Motion to Strike. *See* Doc. 96 at 2. The PFRD was filed on February 6, 2026 and notified the parties of their ability to file objections within 14 days and that failure to do so waives appellate review. *See id.* at 3. No objections were filed to the PFRD.

It is therefore ordered:

1.      Judge Martínez's PFRD, Doc. 96, is adopted; and

2.      The parties shall resume the briefing schedule on Plaintiff David Owen's Motion for Summary Judgment, Doc. 85. Audubon Field Solutions, LLC's response is due no later than 14 days following entry of this Order. Owen may file a reply brief no later than 14 days following entry of Audubon's response.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2